IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY A. MOSS,

     Petitioner,                   No. CIV S-10-2128 EFB P

   vs.

MAURICE JUNIOUS, et al.,

     Respondents.              <u>ORDER</u>

_____/

     Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. Respondent has requested an extension of time to file an answer to the petition for writ of habeas corpus. *See* Fed. R. Civ. P. 6(b).

     Good cause appearing, it is ORDERED that respondent's October 19, 2010 request is granted and respondent has 60 days from the date this order is served to file an answer to the petition for writ of habeas corpus.

DATED: October 26, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE